

J. P. STROM, JR. P.A.
MARIO A. PACELLA*
JOHN R. ALPHIN
BAKARI T. SELLERS
JESSICA L. FICKLING
ALEXANDRA BENEVENTO
ROBERT W. HARRELL, III
ROBYN W. MADDEN
AMY E. WILLBANKS°

2110 N. BELTLINE BOULEVARD
COLUMBIA, SOUTH CAROLINA 29204

COLUMBIA, SOUTH CAROLINA
BRUNSWICK, GEORGIA

PHONE: 803-252-4800
FAX: 803-252-4801
TOLL FREE: 888.490.2847
WWW.STROMLAW.COM

* ALSO ADMITTED IN GA AND N.Y.
° OF COUNSEL

August 27, 2015

FOR ADDRESSEE ONLY-LEGAL MAIL
Willie Louis Rosederie Smith
Inmate No. 26671-171
FCI Estill
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 699
ESTILL, SC 29918

RE:   USA v. Willie Louis Smith
      Case No. 13-47615-43659

Dear Mr. Smith:

Enclosed you will find a copy of the brief I filed on your behalf at the Fourth Circuit Court of Appeals in Richmond, Virginia for your appeal. Because I found no cases or other legal precedent that would allow the Court of Appeals to reverse or reduce your sentence, the brief was filed in accordance with Anders v. California, 386 738, 87 S. Ct. 1396 (1967). Anders is a United States Supreme Court case that allows a defendant's attorney to file an appeal that raises no real legal issues to justify the Court in reversing the trial judge. Anders requires the Court of Appeals to conduct an independent review of your case to determine if there are any issues that are favorable to you. Furthermore, Anders gives you the right to submit your own brief to the Court should you find any legal basis or support for your appeal. Please contact me if you have any questions.

Sincerely,

Mario A. Pacella